IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 NOV 18 PM 1:21
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AD

THOMAS BAIRD, DANIEL FUMIA,
DAVID EYKYN, MIKE EYKYN,
   Plaintiffs,

-vs-

MULTIMEDIA GAMES HOLDING
COMPANY, INC., STEPHEN J.
GREATHOUSE, STEPHEN P. IVES, NEIL
E. JENKINS, MICHAEL J. MAPLES SR.,
JUSTIN A. ORLANDO, PATRICK J.
RAMSEY, ROBERT D. REPASS,
GLOBAL CASH ACCESS HOLDINGS,
INC., MOVIE MERGER SUB, INC.,
   Defendants.

CAUSE NO.
A-14-CA-00922-SS

CHRISTOPHER COFFMAN, individually
and on behalf of all others similarly situated;
   Plaintiff,

-vs-

MULTIMEDIA GAMES HOLDING
COMPANY, INC., STEPHEN J.
GREATHOUSE, A DIRECTOR OF
MULTIMEDIA GAMES HOLDING
COMPANY, INC.; STEPHEN P. IVES, A
DIRECTOR OF MULTIMEDIA GAMES
HOLDING COMPANY, INC.; NEIL E.
JENKINS, A DIRECTOR OF
MULTIMEDIA GAMES HOLDING
COMPANY, INC.; MICHAEL J MAPLES,
SR., A DIRECTOR OF MULTIMEDIA
GAMES HOLDING COMPANY, INC.;
JUSTIN A. ORLANDO, A DIRECTOR OF
MULTIMEDIA GAMES HOLDING
COMPANY, INC.; PATRICK J. RAMSEY,
A DIRECTOR OF MULTIMEDIA GAMES
HOLDING COMPANY, INC.; ROBERT D.
REPASS, A DIRECTOR OF
MULTIMEDIA GAMES HOLDING
COMPANY, INC.; GLOBAL CASH
ACCESS HOLDINGS, INC., MOVIE
MERGER SUB, INC.,
   Defendants.

CAUSE NO.
A-14-CA-00966-SS

**ORDER OF CONSOLIDATION**

BE IT REMEMBERED on this day the Court reviewed the files in the above-styled matter and specifically the "Motion to Consolidate Related Cases by MGAM Defendants" in Cause Nos. 14-CV-922, 14-CV-964, and 14-CV-966, and there being no opposition filed as required by the local rules of this district and, therefore, the motions are not contested, and further, the Court noting Cause No. 14-CV-964 has been dismissed without prejudice and is no longer on the undersigned's docket, the Court enters the following order:

IT IS ORDERED that the motions are GRANTED, and Cause No. 14-CV-922 styled, *Thomas Baird, Daniel Fumia, David Eykyn, Mike Eykyn, Individually and on Behalf of Himself and All Others Similarly Situated, Plaintiffs, vs. Multimedia Games Holding Company, Inc., et al.* and Cause No. 14-CV-966 styled *Christopher Coffman, Individually and on Behalf of Himself and All Others Similarly Situated, Plaintiff vs. Multimedia Games Holding Company, Inc., et al.* are hereby consolidated into Cause No. 14-CV-922 for all purposes, and all future filings in these actions shall be filed using the caption and case number of the *Fumia* lawsuit. No answer or other responsive pleadings shall be filed in the *Coffman* action without a further Court order.

SIGNED this the 18th day of November 2014.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE